UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 DEC 18 P 3:30

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jesse Benevides
Defendant(s)

CRIMINAL NO. 07mj2848

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gabriel Hernandez-Cortez

DATED: 12/18/07

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082