MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
JESSE BENAVIDES, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESSE BENAVIDES, JR. (A),<br>Defendant. | Case No.: 07CR3404JLS<br><br>NOTICE OF MOTION AND MOTIONS FOR:<br><br>(1) DISCOVERY<br>(2) AND LEAVE TO FILE FURTHER MOTIONS<br><br>Date: January 23, 2008<br>Time: 1:30 p.m. |

TO: PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above designated time and place defendant, JESSE BENAVIDES, will move the court for an order compelling discovery and to suppress statements in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory and judicial authorities cited herein. Defense counsel will

/ / / / /

further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

Said motions are based upon the instant motion, the attached memorandum of law and on such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: January 9, 2008

S/ MICHAEL J. MESSINA
MICHAEL J. MESSINA
Attorney for Defendant
JESSE BENAVIDES