UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESSE BENAVIDES,<br>Defendant. | Case No. 07CR3404JLS<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On January 9, 2008, I served the foregoing document described below as:

NOTICE OF MOTION AND MOTIONS FOR: (1) DISCOVERY
(2) AND LEAVE TO FILE FURTHER MOTIONS
MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCOVERY
AND FOR LEAVE TO FILE FURTHER MOTIONS

By the following method:

( ) **BY MAIL**

By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

( ) **BY FACSIMILE AND MAIL**

I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X ) **BY PERSONAL SERVICE** I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally

delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.

Received in their stead: ____________________________________at:

( X ) CM/ECF

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 9, 2008, at San Diego, California.

/S/ MICHAEL J. MESSINA