**RICARDO M. GONZALEZ**
**Attorney at Law**
**State Bar No. 98993**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101-6036**
**Tel: (619) 238-9910**
**FAX: 238-9914**

Attorney for Defendant
Jesse Benavides, Jr

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JESSE BENAVIDES, JR Defendant. | CASE NO. 07MJ02848 07cr3404-JLS **SUBSTITUTION OF ATTORNEY** |

Defendant, JESSE BENAVIDES, JR, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101-6036, telephone no. (619) 238-9910, as Attorney of Record in place and stead of Michael J Messina, telephone no. (619) 232-1914.

DATED: 1/17/08 ________________________
JESSE BENAVIDES, JR

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 1/28/08 ________________________
MICHAEL J MESSINA

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 1-17-08 ________________________
RICARDO M. GONZALEZ

**ORDER**

IT IS SO ORDERED.

DATED: ________________ ________________________
UNITED STATES MAGISTRATE JUDGE