**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed Substitution of Attorney with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: 1/31/08

*/s/Ricardo M. Gonzalez*
RICARDO M. GONZALEZ, ESQ.
Attorney for Defendant
JESSE BENAVIDES, JR.