**RICARDO M. GONZALEZ**
**California State Bar No. 98993**
**101 West Broadway, Suite 1950**
**San Diego, California 92101-6036**
**Telephone: (619) 238-9910**
**Fax: (619) 238-9914**

Attorney for Defendant
JESSE BENAVIDES, JR

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>JESSE BENAVIDES, JR.,<br>Defendant. | Case No. 07-CR-3404-JLS<br><br>**ORDER** |

IT IS HEREBY ORDERED, that Ricardo M. Gonzalez be substituted in as attorney of record for defendant JESSE BENAVIDES, JR. in the above-entitled case in place and stead of Michael J. Messina.

SO ORDERED.

DATED: February 1, 2008

Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge