FILED
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSE BENAVIDES, JR.,<br>Defendant. | Criminal Case No. 07CR3404-JLS<br>I N F O R M A T I O N<br>**Superseding**<br>Title 8. U.S.C., Secs. 1324(a)(1)(A)(ii)and (v)(II)<br>Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about December 7, 2007, within the Southern District of California, defendant JESSE BENAVIDES, JR., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esther Gonzalez-Diaz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and(v)(ii).

DATED: 4/25/08.

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney

41