AO 455 (Rev. 5/85) Waiver of Indictment

FILED
APR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

*UNITED STATES DISTRICT COURT*

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JESSE BENAVIDES, JR.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3404-JLS

I, JESSE BENAVIDES, JR., the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, on or about December 7, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4-25-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JESSE BENAVIDES, JR.
Defendant

RICARDO GONZALEZ
Defense Counsel for
JESSE BENAVIDES, JR.

Before ____________________
Judicial Officer

43